In the Matter of BESSIE F. KLENOSKY, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— In a proceeding pursuant to article 78 of the Civil Practice Act, to review a determination of the State Rent Administrator denying a protest to an order of a Local Rent Administrator which determined that two front rooms of a five-room apartment were subject to rent control and established the maximum rent therefor at $60 a month, the landlord appeals from an order of the Supreme Court, Kings County, dated May 26, 1960, denying her petition and dismissing the proceeding. Order affirmed, without costs. No opinion. Nolan, P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

RIVOLI KRONENBERG, Appellant, v. SOLOMON KRONENBERG, Respondent.— In an action by a wife for a separation, the plaintiff wife appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Kings County, dated August 9, 1960, awarding her a separation, as directs the husband to pay to her $75 a week for her support and for the support of the infant issue of the marriage, and as denies her an additional counsel fee. Judgment modified on the facts by increasing such weekly payment to $125. As so modified, the judgment, insofar as appealed from, is affirmed, with costs to plaintiff. Findings of fact inconsistent herewith are reversed, and new findings are made as indicated herein. In our opinion, the sum of $75 a week allowed by the trial court for alimony and support (apart from the other provisions therefor in the judgment) is inadequate under all the circumstances. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.